# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Frankie BAKER, Jr.**<br><br>DOB: xx-xx-1986<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-07534MJ |

Complaint for violation of Title 18 United States Code §§ 922(g)(1) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 11, 2019, at or near Tucson, in the District of Arizona, **Frankie BAKER, Jr.**, having previously knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one Zastava, model CZ999, 9mm pistol with serial number B001445, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 14, 2013, Frankie BAKER plead guilty to attempted possession of a narcotic drug for sale, Arizona Revised Statutes (ARS) § 13-3408 (A)(2) and child abuse, death or serious physical injury unlikely, ARS § 13-3623 (B)(3), crimes punishable by imprisonment for a term exceeding one year. BAKER was sentenced to one year in prison, followed by three years of probation.

On June 28, 2019, an individual assisting the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Confidential Informant (CI) responded to a local motel to make contact with Frankie BAKER. The CI, BAKER and LaToya Moreno (BAKER's girlfriend) discussed selling a CZ999 pistol to the CI. According to BAKER, Moreno was the owner of the firearm and the decision to sell it was hers. Moreno agreed to sell the firearm.

On July 11, 2019, the CI returned to the motel with money to buy the firearm. Moreno drove to another location, obtained the firearm and brought it to the motel. Moreno provided the firearm to BAKER. After physically handling the firearm, BAKER sold the firearm to the CI for $380. An Interstate Nexus expert examined the firearm – identified as a Zastava, model CZ999, 9mm pistol with serial number B001445 – and determined it was not produced in Arizona, and subsequently affected interstate commerce.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA *Angela W Wooley* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Alexander Tisch, ATF Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>July 26, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54